# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KRITCH, an individual, | CASE NO.: 2:17-cv-05661-MRWx |
| Plaintiff, | |
| vs. | State Complaint Filed: June 14, 2017 |
| JACOBS ENGINEERING GROUP INC., an Delaware corporation, and DOES 1-100, inclusive, | State Case No.: BC665211 Action Removed: July 31, 2017 |
| | *Assigned to Hon. Michael R. Wilner* |
| Defendant. | **ORDER RE: JOINT STIPULATION TO DISMISS INDIVUAL ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

## <u>ORDER</u>

**ORDER RE: JOINT STIPULATION TO DISMISS INDIVIDUAL ACTION WITHOUT PREJUDICE**

Having reviewed the Parties' Joint Stipulation to Dismiss Individual Action Without Prejudice, and good cause appearing, the Court HEREBY RULES AS FOLLOWS:

1.　　The above entitled action shall be dismissed without prejudice;

2.　　The Parties shall be responsible for their own attorneys fees and costs expended in this action and neither shall recover their attorneys fees and costs from the other.

Dated:  January 23, 2018

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Hon. Michael Wilner
Magistrate Judge
United States District Court for
the Central District of California